UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____    │
│ DATE FILED: _6/6/2025_____    │
└─────────────────────────────────┘
```

FRED ALSTON, as a Trustee of THE LOCAL
272 LABOR-MANAGEMENT PENSION FUND;
FRED ALSTON, as a Trustee of THE LOCAL
272 LABOR-MANAGEMENT WELFARE
FUND,

                 Plaintiffs,

         -against-

ICON PARKING SERVICES, LLC;
ICON PARKING HOLDINGS, LLC;
ICON PARKING 3, LLC;
ICON PARKING SYSTEMS, LLC;
ICON PARKING MANAGEMENT, LLC;
CITIZENS ICON HOLDINGS, LLC,

                 Defendant.

25-CV-02896 (MMG)

**REVISED ORDER
SCHEDULING DEFAULT
JUDGMENT BRIEFING**

MARGARET M. GARNETT, United States District Judge:

     Defendants Icon Parking Services, LLC; Icon Parking Holdings, LLC; Icon Parking 3, LLC; Icon Parking Systems, LLC; Icon Parking Management, LLC, and Citizens Icon Holdings, LLC, have not yet appeared in this matter and are in default. *See* Dkt. No. 16.

     It is hereby ORDERED that if Defendants do not respond to the Complaint or appear by **June 20, 2025**, then by **July 7, 2025**, Plaintiffs must file any motion for default judgment in accordance with the Court's Individual Rules & Practices. If Plaintiffs' counsel submits calculations in support of any motion for default judgment, Plaintiffs' counsel shall also email native versions of the files with the calculations (*i.e.*, versions of the files in their original format, such as in ".xlsx") to Chambers at GarnettNYSDChambers@nysd.uscourts.gov. In the event Plaintiffs file a motion for default judgment, Plaintiffs shall serve the motion papers on Defendants by **July 9, 2025**, and shall file proof of such service by **July 10, 2025**. It is further ORDERED that Defendants shall file any opposition to any motion for default judgment by **July 21, 2025**.

     Plaintiffs shall serve a copy of this Order on Defendants by first-class mail and/or by in-person service **within two business days from the date of this Order**, and shall file proof of such service **within three business days of the date of this Order**.

     If this case has been settled or otherwise terminated, Plaintiffs are not required to move for default, provided that a stipulation of discontinuance, voluntary dismissal or other proof of termination is filed on the docket prior to the date of the conference, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* https://www.nysd.uscourts.gov/electronic-case-filing.

The Clerk of Court is directed to terminate the deadlines in the Court's prior order at Dkt. No. 17 and to terminate the letter motion at Dkt. No 18.

Dated: June 6, 2025
      New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge