UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/28/2026__

FRED ALSTON, as a Trustee of THE LOCAL 272 LABOR-MANAGEMENT PENSION FUND; FRED ALSTON, as a Trustee of THE LOCAL 272 LABOR-MANAGEMENT WELFARE FUND,

                Plaintiff(s),

      -v-

ICON PARKING SERVICES, LLC; ICON PARKING HOLDINGS, LLC; ICON PARKING 3, LLC; ICON PARKING SYSTEMS, LLC; ICON PARKING MANAGEMENT, LLC; AND CITIZENS ICON HOLDINGS, LLC,

                Defendant(s).

**ORDER**
25-CV-2896 (MMG) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Order dated March 26, 2026, the undersigned directed Plaintiff to serve Defendants and file Proposed Findings of Fact and Conclusions of Law concerning all injunctive relief, damages, and any other monetary relief permitted under the entry of default judgment no later than April 27, 2026. ECF No. 31. To date, no such filing has been received. The Court *sua sponte* extends the deadline to submit a Proposed Findings of Fact and Conclusions of Law to **May 4, 2026**.

**SO ORDERED.**

Dated: April 28, 2026
      New York, New York

Henry J. Ricardo
United States Magistrate Judge