UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/19/2026_

FRED ALSTON, as a Trustee of THE LOCAL
272 LABOR-MANAGEMENT PENSION
FUND; FRED ALSTON, as a Trustee of THE
LOCAL 272 LABOR-MANAGEMENT
WELFARE FUND,

          Plaintiff(s),

    -v-

ICON PARKING SERVICES, LLC; ICON
PARKING HOLDINGS, LLC; ICON
PARKING 3, LLC; ICON PARKING
SYSTEMS, LLC; ICON PARKING
MANAGEMENT, LLC; AND CITIZENS
ICON HOLDINGS, LLC,

          Defendant(s).

**ORDER**
25-CV-2896 (MMG) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Order dated March 26, 2026, the undersigned directed Defendants to file any response related to the Plaintiff's submissions regarding injunctive relief, damages, and any other monetary relief by May 18, 2026. ECF No. 31. Because Defendants have not filed any such response, the relief will be determined based on the Plaintiff's submissions.

**SO ORDERED.**

Dated: May 19, 2026
    New York, New York

Henry J. Ricardo
United States Magistrate Judge